| | |
|---|---|
| 1 | |
| 2 | RICHARD N. HILL, Bar No. 083629<br>ERIN A. WADE, Bar No. 259811 |
| 3 | LITTLER MENDELSON<br>A Professional Corporation |
| 4 | 650 California Street, 20th Floor<br>San Francisco, CA 94108.2693 |
| 5 | Telephone: 415.433.1940 |
| 6 | Attorneys for Defendant<br>TRANSPORT DRIVERS, INC. |
| 7 | PATRICIA A. SHIU, Bar No. 104894 |
| 8 | SHARON TERMAN, Bar No. 237236<br>THE LEGAL AID SOCIETY |
| 9 | EMPLOYMENT LAW CENTER<br>600 Harrison Street, Suite 120 |
| 10 | San Francisco, CA 94107<br>Telephone: 415.864.8848 |
| 11 | Attorneys for Plaintiff |
| 12 | NICOLE TURNER |

*E-FILED - 4/20/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Nicole Turner,<br><br>            Plaintiff,<br><br>  v.<br><br>Transport Drivers, Inc.,<br><br>            Defendant. | Case No. CV 08 5522 RMW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, TO STAY DISCOVERY AND ~~PROPOSED~~ ORDER**<br><br>DATE: MAY 1, 2009<br>TIME: 10:30 A.M. |

Plaintiff NICOLE TURNER ("Plaintiff") and Defendant TRANSPORT DRIVERS INC. ("Defendant"), through their respective counsel, hereby stipulate and agree and propose the following to the Court:

The parties jointly request that the Case Management Conference currently scheduled for May 1, 2009 be rescheduled for a date after July 10, 2009 and that all formal discovery be stayed

1  until the Case Management Conference is held.

2        Good cause exists for rescheduling the Case Management Conference and staying all
3  formal discovery because the parties have agreed to mediate this matter before Mediator Jeff Ross
4  on June 23, 2009. The parties believe that the mediation is more likely to be successful if the cost of
5  formal discovery is avoided prior to the mediation. The mediation was initially scheduled for an
6  earlier date but had to be rescheduled twice due to a family emergency and a medical condition.

7  Dated: April 15, 2009

          LITTLER MENDELSON
          A Professional Corporation

          By: /s/ Richard N. Hill
          Richard N. Hill
          Attorneys for Defendant
          TRANSPORT DRIVERS, INC.

Dated: April 16, 2009

          LEGAL AID SOCIETY
          EMPLOYMENT LAW CENTER

          By: /s/ Patricia A. Shiu
          Sharon Terman
          Patricia Shiu
          Attorneys for Plaintiff
          NICOLE TURNER

      GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that the Case Management Conference currently scheduled for May 1, 2009 is rescheduled for July 17, 2009 at 10:30 a.m. and that all formal discovery in this matter is stayed until the date of the Case Management Conference.

      IT IS SO ORDERED.

Dated: April 20, 2009

          /s/ Ronald M. Whyte
          Hon. Ronald M. Whyte

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION TO CONTINUE CMC     2.     CASE NO. CV 08 5522 RMW

## PROOF of SERVICE

I, Djuna Gray, declare:

I am a citizen of the United States, over 18 years of age, employed in the County of San Francisco, and not a party to or interested in the within entitled action. I am an employee of The LEGAL AID SOCIETY OF SAN FRANCISCO-EMPLOYMENT LAW CENTER, and my business address is 600 Harrison Street, Suite 120, San Francisco, California 94107.

On April 16, 2009 I served the following on all parties in said action:

**STIPULATION TO CONTINUE CASE MANGEMENT CONFERENCE, TO STAY DISCOVERY AND PROPOSED ORDER**

    X    by transmitting via the Court's CM/ECF electronic transmission system to the following parties listed below:

Attorneys of Plaintiffs
Patricia A. Shiu
Sharon Terman
THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107

Attorneys for Defendants
Richard N. Hill
Erin A. Wade
LITTLER MENDELSON
650 California Street, 20th Floor
San Francisco, CA 94108-2693

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct. Executed on April 16, 2009 at San Francisco, California.

Djuna Gray