UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED - 4/20/09***

NICOLE TURNER

                    CASE NO. C 08-05522 RMW

        Plaintiff(s),

    v.

TRANSPORT DRIVERS, INC.

                    STIPULATION AND [PROPOSED]
                    ORDER SELECTING ADR PROCESS

        Defendant(s).
_____/

        Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)   (ADR L.R. 5)
        Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ✓    Private ADR *(please identify process and provider)*  Mediation with Jeffrey A. Ross

The parties agree to hold the ADR session by:
    ✓    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated: 04-06-09
                                            Sharon Terman
                                            Attorney for Plaintiff

Dated: 4/7/09
                                            Attorney for Defendant

IT IS SO ORDERED
Ronald M. Whyte
Judge Ronald M. Whyte

Dated: **4/20/09**