| | |
|---|---|
| Patricia A. Shiu, State Bar No. 104894<br>Sharon Terman, State Bar No. 237236<br>THE LEGAL AID SOCIETY-<br>EMPLOYMENT LAW CENTER<br>600 Harrison St., Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848<br>Facsimile: (415) 864-8199 | Richard N. Hill, State Bar No. 083629<br>Erin A. Wade, State Bar No. 259811<br>LITTLER MENDELSON<br>A Professional Corporation<br>650 California Street, 20th Floor<br>San Francisco, CA 94108-2693<br>Telephone: 415-433-1940<br>Facsimile: 415-399-8490 |
| Attorneys for Plaintiff<br>Nicole Turner | Attorneys for Defendant<br>Transport Drivers, Inc. |

*E-FILED - 7/16/09*

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICOLE TURNER,<br><br>        Plaintiff,<br><br>    v.<br><br>TRANSPORT DRIVERS, INC.,<br>        Defendant. | Case No. C 08 5522-RMW<br><br>JOINT STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE<br><br>DATE: JULY 17, 2009<br><br>TIME: 10:30 AM |

Plaintiff NICOLE TURNER and Defendant TRANSPORT DRIVERS, INC., through their respective counsel, hereby stipulate and propose the following to the Court:

1. Pursuant to the parties' joint stipulation and the Court's Order of April 20, 2009, the parties completed a private mediation with Jeffrey Ross, Esq., on June 23, 2009.

2. As a result of the mediation, the parties have reached a settlement on all material terms.

CASE NO. C 08 5522-RMW
JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE            Page 1

3. Because the parties are still drafting the settlement language, the parties agree and request that the Court continue the Case Management Conference, currently scheduled for July 17, 2009, to a date in mid- to late August 2009.

4. The parties agree that they will notify the Court that the final settlement agreement has been signed, within 5 Court days of the date of the last signature on the final agreement.

IT IS SO STIPULATED.

Dated: July 8, 2009

                        Patricia A. Shiu
                        Sharon Terman
                        THE LEGAL AID SOCIETY
                        EMPLOYMENT LAW CENTER

By: */s/ Patricia A. Shiu*
     Patricia A. Shiu

Attorney for Plaintiff
Nicole Turner

Dated: July 8, 2009

                        Richard N. Hill
                        Erin A. Wade
                        LITTLER MENDELSON

By: */s/ Richard N. Hill*
     Richard N. Hill

Attorney for Defendant
Transport Drivers, Inc.

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that the case management conference, currently scheduled for July 17, 2009, shall be continued to August 28, 2009, at 10:30 a.m.

IT IS SO ORDERED.

Dated: 7/16/09

*Ronald M. Whyte*
Hon. Ronald M. Whyte