| | |
|---|---|
| Patricia A. Shiu, State Bar No. 104894<br>Sharon Terman, State Bar No. 237236<br>THE LEGAL AID SOCIETY-<br>EMPLOYMENT LAW CENTER<br>600 Harrison St., Suite 120<br>San Francisco, CA  94107<br>Telephone:  (415) 864-8848<br>Facsimile:  (415) 864-8199 | Richard N. Hill, State Bar No. 083629<br>Erin A. Wade, State Bar No. 259811<br>LITTLER MENDELSON<br>A Professional Corporation<br>650 California Street, 20th Floor<br>San Francisco, CA 94108-2693<br>Telephone: 415-433-1940<br>Facsimile: 415-399-8490 |
| Attorneys for Plaintiff<br>Nicole Turner | Attorneys for Defendant<br>Transport Drivers, Inc. |

***E-FILED - 8/11/09***

## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| NICOLE TURNER,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANSPORT DRIVERS, INC.,<br>    Defendant. | Case No. C 08 5522-RMW<br><br>JOINT STIPULATION AND []<br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE<br><br>**DATE: AUGUST 28, 2009**<br><br>**TIME: 10:30 AM** |

Plaintiff NICOLE TURNER and Defendant TRANSPORT DRIVERS, INC., through their respective counsel, hereby stipulate and propose the following to the Court:

1. On July 16, 2009, the Court continued the Case Management Conference, previously scheduled for July 17, 2009, to August 28, 2009 in order to give the parties time to finalize the settlement agreement in this case.

2.     The parties previously stipulated and agreed that they would notify the Court that the final settlement agreement has been signed, within 5 court days of the date of the last signature on the final agreement.

3.     The parties hereby notify the Court that the final settlement agreement has been signed, and the fully executed agreement was delivered to plaintiff on August 10, 2009.

4.     Because the settlement agreement allows defendant thirty days within which to deliver full consideration, the parties hereby agree and request that the Court continue the Case Management Conference, now scheduled for August 28, 2009, to a date in late September 2009.

5.     The parties agree that they will file a stipulation for dismissal of this case within 15 court days of the date defendant delivers full consideration to plaintiff.

IT IS SO STIPULATED.

Dated:    August 10, 2009

                Patricia A. Shiu
                Sharon Terman
                THE LEGAL AID SOCIETY
                EMPLOYMENT LAW CENTER

By:     ___/S/ Sharon Terman_____
        Sharon Terman

        Attorney for Plaintiff
        Nicole Turner

Dated:    August 10, 2009

        Richard N. Hill
        Erin A. Wade
        LITTLER MENDELSON

By:     ___/S Richard N. Hill _____
        Richard N. Hill

        Attorney for Defendant
        Transport Drivers, Inc.

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the case management conference, currently scheduled for August 28, 2009, shall be continued to September  25 , 2009, at 10:30 a.m.

IT IS SO ORDERED.

Dated:   8/11/09

_Ronald M. Whyte_
Hon. Ronald M. Whyte

CASE NO. C 08 5522-RMW
ORDER CONTINUING CASE MANAGEMENT CONFERENCE                              Page 3