RICHARD N. HILL, Bar No. 083629
ERIN A. WADE, Bar No. 259811
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940

Attorneys for Defendant
TRANSPORT DRIVERS, INC.

ELIZABETH KRISTEN, Bat No. 218227
SHARON TERMAN, Bar No. 237236
THE LEGAL AID SOCIETY
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: 415.864.8848

*E-FILED - 9/24/09*

Attorneys for Plaintiff
NICOLE TURNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Nicole Turner,<br><br>         Plaintiff,<br><br>    v.<br><br>Transport Drivers, Inc.,<br><br>         Defendant. | Case No. CV 08 5522 RMW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE   AND ORDER** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this action, through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice.

CASE NO. C 08 5522-RMW
STIPULATION FOR DISMISSAL WITH PREJUDICE                                              Page 1

| | | |
|---|---|---|
| 1 | Dated: September 23, 2009 | LITTLER MENDELSON<br>A Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | By: _____/s/_____<br>     Richard N. Hill<br>     Attorneys for Defendant<br>     TRANSPORT DRIVERS, INC. |

Dated: September 23, 2009

LEGAL AID SOCIETY
EMPLOYMENT LAW CENTER

By: _____/s/_____
    Elizabeth Kristen
    Attorneys for Plaintiff
    NICOLE TURNER

IT IS SO ORDERED.

Dated: __9/23__, 2009

*Ronald M. Whyte*
U.S. District Court Judge

CASE NO. C 08 5522-RMW
STIPULATION FOR DISMISSAL WITH PREJUDICE                                          Page 2